tial accordance with their contract, for it alone measured and determined their duties, and whether they exceeded or fell short of ordinary care and caution was not material. As the court below in the instructions as to the agents' liability made it depend upon whether they used ordinary care, the case is reversed. Opinion by CONGER, J. Judge below, J. J. PHILLIPS. Attorneys, for appellants, Messrs. PATTON & HAMILTON. For appellees, Messrs. STUART, EDWARDS & BROWN. Opinion filed Dec. 4, 1886.

### FOURTH DISTRICT.

No. 63. Isaac C. Lowe v. J. H. Galbraith. Under rule fourteen of this court, the assignment of errors must be written upon or attached to the record, and the appellant or plaintiff in error shall in all cases assign errors at the time of filing his record in this court, and on failing to do so, the case may be dismissed. Writ of error dismissed for a failure to comply with this rule. Opinion PER CURIAM. Judge below, JOHN KEEN, JR. Attorneys, for appellant, Mr. H. TOMPKINS ; for appellee, Messrs. GEORGE & BUNCH. Opinion filed April 15, 1886.

No. 43. Phillip Bell v. The People of the State of Illinois. The bill of exceptions in this case does not purport to contain all the evidence introduced on the trial of the cause below, nor the instructions given to the jury. Instructions to be a part of the record must be preserved in the bill of exceptions, and because of such defects, the errors assigned can not be considered and the judgment below must be affirmed. Opinion by GREEN, J. Judge below, J. R. WILLIAMS. Attorneys, for appellant, Mr. P. A. PEARCE and Messrs. ORGAN & ORGAN ; for appellee, Mr. JOHN W. HOW. Opinion filed April 15, 1886.